UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00014-ART-CSD |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| BARRY LAMAR CARROLL, | **STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING** |
| Defendant. | **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender KATE BERRY, counsel for BARRY LAMAR CARROLL and Acting United States Attorney SUE FAHAMI, Assistant United States Attorney ANDREW KEENAN, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for February 18, 2025, at 11:00 AM, be vacated and continued to February 26, 2025, at 2:15 PM.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is currently on bond and consents to the continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 14th day of February, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By  /s/ Kate Berry<br>  KATE BERRY<br>  Assistant Federal Public Defender<br>  Counsel for BARRY LAMAR CARROLL | By  /s/ Andrew Keenan<br>  ANDREW KEENAN<br>  Assistant United States Attorney<br>  Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for February 18, 2025, at 11:00 AM, be vacated and continued to February 26, 2025, at 2:15 PM.

DATED this 14th day of February, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE